

# Fourth Court of Appeals
## San Antonio, Texas

August 1, 2016

No. 04-16-00083-CR

Tarra **SCHWARTZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-0232-CR-C
Honorable Gary L. Steel, Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file her brief is GRANTED. Appellant's brief is due on August 25, 2016. No further extensions will be granted.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of August, 2016.

_____
Keith E. Hottle
Clerk of Court